IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) No. 3:24-CR-53-KAC-JEM
)
JASON LEE HOLLYFIELD, )
)
    Defendant. )
)

**O R D E R**

This case is before the undersigned on notice that Defendant Jason Lee Hollyfield's court-appointed counsel, Attorney David Leonard, passed away on January 20, 2026. *See* 28 U.S.C. § 636(b). In light of Attorney David Leonard's passing, the Court finds substitution of counsel is necessary in this case. For purposes of the Criminal Justice Act ("CJA"), the Court **TERMINATES** David Leonard's representation of Defendant in this case. The Court has contacted Attorney Mark Brown, who agrees to accept representation of Defendant. The Court **SUBSTITUTES** and **APPOINTS** Mr. Brown as counsel of record for Defendant, pursuant to the CJA, 18 U.S.C. § 3006A. Mr. Brown is **DIRECTED** to inform Defendant of this Order and his appointment.

The Court **ORDERS** as follows:

(1) Attorney David Leonard's representation of Defendant Hollyfield is **TERMINATED**;

(2) Attorney Mark Brown is **SUBSTITUTED** and **APPOINTED** as Defendant Jason Hollyfield's counsel of record, pursuant to the CJA;

(3) Mr. Brown is **DIRECTED** to inform Defendant of this Order and his appointment as soon as possible; and

(4) the Clerk of Court is **DIRECTED** to add Mr. Brown as Defendant's counsel of record.

**IT IS SO ORDERED.**

ENTER:

/s/ Jill E. McCook
Jill E. McCook
United States Magistrate Judge