UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JASON LEE HOLLYFIELD, ERIC MICHAEL KINSLER, and WHITNEY LYNN EDWARDS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:24-CR-53-KAC-JEM |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Jason Hollyfield's Second Motion to Continue Trial Date and All Related Deadlines [Doc. 154], which he filed on August 27, 2026.

Defendant asks the Court to continue the October 13, 2026 trial date and all relevant deadlines [*Id.* at 1]. In support of his motion, Defendant states that his counsel and the Government have had discussions regarding a potential resolution of this case [*Id.* ¶ 3]. Defendant represents that he has a plea offer, but given his significant criminal history and convictions in state and federal court, he wishes to continue plea negotiations and will not be able to complete them prior to the September 1, 2026 deadline [*Id.*]. Defendant notes that he has already been given a significant state prison sentence for a conviction in Hamblen County Circuit Court, as well as a 33-month sentence on a federal conviction from the Greeneville Division of this Court [*Id.* ¶ 4]. Defendant understands and waives any speedy trial rights and consents to a continuance [*Id.* ¶ 5]. The Government does not object to the requested relief [*Id.* ¶ 6].

Codefendant Whitney Lynn Edwards filed a Notice of No Opposition to Motion to Continue Trial and to Extend Deadlines [Doc. 155]. Codefendant Edwards submits that it is in the interests of justice and assures that she receives effective assistance of counsel to grant a continuance of the trial [*Id.* at 1]. She represents that she understands her rights to a speedy trial and waives those rights for the purposes of this motion [*Id.*].

Codefendant Eric Michael Kinsler similarly filed Notice of No Opposition to Motion to Continue Trial and to Extend Deadlines [Doc. 157]. Codefendant Edwards submits that it is in the interests of justice and assures that he receives effective assistance of counsel to grant a continuance of the trial [*Id.* at 1]. He represents that he understands his rights to a speedy trial and waives those rights for the purposes of this motion [*Id.*].

Based upon the information in Defendant's motion and because the Government and Codefendants Edwards and Kinsler do not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, even accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defendant needs more time to consult with his counsel, consider a plea agreement, and if that is not successful, otherwise prepare for trial. The Court finds that all of this cannot occur before the October 13, 2026 trial date.

The Court therefore **GRANTS** Defendant Jason Hollyfield's Second Motion to Continue Trial Date and All Related Deadlines [**Doc. 154**]. The trial of this case is reset to **February 23, 2027**. A new schedule is included below. Because the Court finds that the ends of justice served

by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the motions on August 27, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(1)(H), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Jason Hollyfield's Second Motion to Continue Trial Date and All Related Deadlines [**Doc. 154**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **February 23, 2027, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motions on **August 27, 2026**, and the new trial date of **February 23, 2027**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **January 22, 2027**;

(5) the deadline for filing motions *in limine* is **February 8, 2027**, and responses to motions *in limine* are due on or before **February 16, 2027**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **February 9, 2027, at 11:00 a.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **February 12, 2027.**

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge